No. 73–6847. COUSINO *v.* COUSINO, *ante,* p. 1019;

No. 74–187. FIRST AMERICAN BANK & TRUST CO. ET AL. *v.* ELLWEIN, STATE EXAMINER AND COMMISSIONER, DEPARTMENT OF BANKING AND FINANCIAL INSTITUTIONS, ET AL., *ante,* p. 1026;

No. 74–419. AUTOMOTIVE CHAUFFEURS, PARTS & GARAGE EMPLOYEES, LOCAL UNION 926, ET AL. *v.* NAPA PITTSBURGH, INC., *ante,* p. 1049;

No. 74–5032. MONTGOMERY ET AL. *v.* CALIFORNIA, *ante,* p. 1057;

No. 74–5161. GASKINS *v.* TITEFLEX EMPLOYEES COLLECTIVE BARGAINING ASSN., *ante,* p. 1035;

No. 74–5168. WILLIAMS *v.* DANA CORP., *ante,* p. 1024;

No. 74–5240. BRYAN *v.* UNITED STATES, *ante,* p. 1079;

No. 74–5254. WHITLOW *v.* WAINWRIGHT, CORRECTIONS DIRECTOR, *ante,* p. 1036; and

No. 74–5269. QADIR *v.* COUNTY OF SANTA CLARA ET AL., *ante,* p. 1037. Petitions for rehearing denied.

JANUARY 20, 1975 *

No. 74–5433. KOVACH *v.* SCHUBERT, HOSPITAL SUPERINTENDENT. Appeal from Sup. Ct. Wis. dismissed for

---

*MR. JUSTICE DOUGLAS took no part in the consideration or decision of cases in which orders hereinafter reported were announced on this date, with the exception of No. 74–335, *Pryba* v. *United States,* infra, p. 1127.